IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| REED BEIDLER, | ) | Case No. 1:25-CV-06074 |
| | ) | |
| Plaintiff, | ) | Hon. Edmond Chang |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Joint Status Report**

Pursuant to the Court's minute entry at Doc. No. 33, Plaintiff Reed Beidler and Defendant United States of America (together, the "Parties") submit the following Joint Status Report.

**Discovery Status:**

The Parties are in the early stages of discovery. On January 21, 2026, Plaintiff Reed Beidler served interrogatories and requests for production on Defendant United States. The United States served interrogatories and requests for production of documents on the Plaintiff, on January 30, 2026.

The Parties agree that discovery responses will dictate whether additional written discovery is necessary. The Parties also anticipate deposing the Plaintiff and some third parties.

No discovery disputes are currently pending between the Parties.

[SIGNATURE PAGE TO FOLLOW]

Signatures:

For Plaintiff
Reed Beidler,

*/s/   Kathleen M. Lach*
KATHLEEN MARIE LACH
Adam S. Fayne
Bethany Beaver
Saul Ewing  LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7100 (v)
kathleen.lach@saul.com
Adam.fayne@saul.com
Bethany.Beaver@saul.com
Counsel for Plaintiff


For Defendant
United States of America,

*/s/ Mary A. Stallings*
MARY A. STALLINGS
PAIGE BRIGHAM
Trial Attorneys
U.S. Department of Justice, Civil Division
Tax Litigation Branch
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044
(202) 616-2604 (v)
Mary.A.Stallings@usdoj.gov
Counsel for Defendant